```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :    14 CR 716 (VM)
    - against -                     :
                                    :    ORDER
BAKTASH AKASHA ABDALLA,             :
                                    :
            Defendant.              :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

The sentencing of the above-named defendant, currently scheduled for Friday, April 19, 2019, at 3:00 p.m., is hereby rescheduled to begin at 2:00 p.m. on the same date.

**SO ORDERED.**

Dated: New York, New York
       10 April 2019

                                          _____
                                              VICTOR MARRERO
                                                 U.S.D.J.