

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 16, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/19
```

Via Facsimile
The Honorable Victor Marrero
United States District Judge
Southern District of New York
New York, New York 10007

Re: **United States v. Baktash Akasha Abdalla,**
14 Cr. 716 (VM)

Dear Judge Marrero:

On April 9, 2019, defendant Baktash Akasha Abdalla (the "defendant") submitted his sentencing submission ("Def. Submission") in advance of his sentencing hearing, currently scheduled for April 19, 2019, at 2:00 p.m. In his submission, the defendant, among other things, denies involvement in the murder of an individual known as "Pinky." *See* Def. Submission at p.3 n.4. While the defendant did not request a *Fatico* hearing on this issue, the Government has since spoken to defense counsel and learned that the defendant consents to the Government's request for a hearing to resolve this dispute, and further consents to an adjournment of the defendant's sentencing to occur on the same schedule as the sentencing of his co-defendant, Ibrahim Akasha Abdalla, for whom a *Fatico* hearing is already scheduled to take place on July 25 and July 26, 2019. As such, the parties respectfully request that the Court adjourn the defendant's sentencing to July 25, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Emil J. Bove III
Amanda L. Houle
Jason A. Richman
Assistant United States Attorney
(212) 637-2444 / 2194 / 2589

Cc: Defense Counsel (by e-mail)

Request GRANTED. The sentencing of defendant Baktash Abdalla herein is rescheduled to 7-26-19 at 1:00 p.m.

SO ORDERED.

4-17-19
DATE        VICTOR MARRERO, U.S.D.J.

TOTAL P.02