```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 14, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA           :
                                   :      14 CR 716 (VM)
     - against -                   :
                                   :      **ORDER**
BAKTASH AKASHA ABDALLA,            :
                                   :
               Defendant.          :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court sentenced defendant Baktash Akash Abdalla ("Abdalla") on August 16, 2019 to twenty-five years' imprisonment. (See "Judgment," Dkt. No. 185.) Abdalla's judgment of conviction was entered August 19, 2019. (See id.)

Abdalla has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. Section 2255(f). (See "Motion," Dkt. No. 210.) Because Abdalla placed his Motion in the mail on September 2, 2020, it is timely. See Moshier v. United States, 402 F.3d 116, 118 (2d Cir. 2005). He requests that the Court hold his Motion in abeyance to permit him to file a memorandum of law in support of his Motion.

The Court grants Abdalla's request and directs that he file any memorandum of law in support of his Motion within 45 days of the date of this Order. The Clerk of Court is directed to mail a copy of this Order to Baktash Akasha Abdalla, Register Number 91151-054, FCI Oakdale II, Federal

Correctional Institution, P.O. Box 5010, Oakdale, LA 71463 and note service on the docket.

**SO ORDERED.**

Dated:   New York, New York
        14 September 2020

_____
Victor Marrero
U.S.D.J.