```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____  February 17, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :        14 CR 716 (VM)
                                    :
    - against -                     :        **ORDER**
                                    :
BAKTASH AKASHA ABDALLA,             :
                                    :
                     Defendant.     :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On August 20, 2019, defendant Baktash Akasha Abdalla ("Abdalla") appealed the judgment of conviction entered by the Court on August 19, 2019. (Dkt. No. 187.) Abdalla subsequently moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (See Dkt. No. 210). Abdalla's memorandum of law in support of his Section 2255 motion has since been received, as well as the Government's response. (See Dkt. Nos. 213, 217.) Abdalla's appeal, United States v. Abdalla, No. 19-2652, remains pending.

Accordingly, it is hereby

**ORDERED** that the motion filed by defendant Baktash Akasha Abdalla to vacate, set aside, or correct his sentence (Dkt. No. 213) is **held in abeyance** pending a decision in the above-listed appeal.

**SO ORDERED.**

Dated:    New York, New York
          17 February 2021

                                        _____
                                        Victor Marrero
                                        U.S.D.J.

1