```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/11/2024
```

Clerk Of Court                                              March 28, 2023
United States District Court                                Case No. 14-CR-716-VM
Southern District of New York (Foley Square)
500 Pearl Street, Room 120
New York, NY 10007-1312


Dear Clerk,

On March 6th, 2024, The honorable District Judge granted my request for copies of my case. The Judge ordered me be be more specific about the documents I am seeking. Attached please find a list of the documents I am requesting, along with a copy of the Honorable Judge's order.
I, very much appreciate your help with this matter.


                                              Respectfully,

                                              /s/ Baktash Abdalla

                                              Baktash Abdalla




Request **GRANTED**.

The Clerk of Court is respectfully directed to provide Defendant copies of the ECF docket entries that he requests below. The Clerk of Court is also respectfully directed to terminate the motion at Dkt. No. 275.

**SO ORDERED.**

11 April 2024

DATE                                   VICTOR MARRERO, U.S.D.J.

## LIST OF REQUESTED DOCUMENTS

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2018 | 199 | Letter Motion Addressed To Judge Marrero From Christopher J. Cassar dated September 27, 2018 re: Extention to respond to motion in limine. with Exhibits |
| 08/27/2018 | 204 | Exhibit A for the Motion for Compassionate release Motion for Compassionate release. |
| 10/30/2020 | 213 | Motion To Vacate under 28 U.S.C. 2255 |
| 11/04/2020 | 214 | Memo Endorsment as to Baktash Abdalla or RE: 213 Motion to Vacate |
| 12/30/2020 | 215 | Letter by USA as to Baktash Abdalla |
| 02/15/2021 | 217 | Memorandum in Oppesition by USA re 213 Motion To Vacate |
| 02/17/2021 | 218 | Order that the Motion filed by Abdalla set Aside, or correct his Sentence. |
| 06/30/2021 | 221 | Decision and order on Abdalla 2255 Motion |

01

Clerk Of Court
United States District Court
For The Southern District of New York
500 Pearl Street, Room 120
New York, NY 10007-1312

Date: 1/12/2024

Case No. 14-CR-716-VM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2024
```

Dear Clerk,

I am requesting a copy of my above mentioned case. I am currently incarcerated at the Federal Correctional Complex in Lompoc, California. My case files were lost, and I am in desperate need for a copy. I am enclosing a copy of my jail account, indicating my inability to pay for the cost of copying.

Any help you can provide me in this matter is greatly appreciated.

> **Request GRANTED.** The Clerk of Court is respectfully directed to provide Defendant a copy of the docket entries on ECF. If the list of docket entries do not provide the information Defendant requests, Defendant is directed to clarify and be more specific about the records he seeks.
>
> **SO ORDERED.**
>
> 6 March 2024
> _____
> DATE         VICTOR MARRERO, U.S.D.J.

Sincerely,

Baktash Abdalla
Reg. No. 91151-054
FCC Lompoc
3901 Klein Blvd.
Lompoc, CA 93436

Baktash Abdalla
Reg. No. 91151-054
Federal Correctional Complex Lompoc
3901 Klein Blvd.
Lompoc, Ca 93436

SANTA CLARITA CA 913
3 APR 2024 PM 2 L
USMP-SDNY



RECEIVED
APR 09 2024
CLERK'S OFFICE
S.D.N.Y.

Legal Mail

Clerk Of Court
UNITED STATES DISTRICT COURT
The Southern District of New York
500 Pearl Street, Room 120
New York, NY 10007-1312

10007-130055

Legal Mail